## Harlan OAKGROVE, Relator,

v.

## MCTO, Self Insured, Respondent,

and

## Commissioner of Minnesota Department of Labor and Industry, Intervenor.

No. C2–01–581.

Supreme Court of Minnesota.

June 25, 2001.

David B. Kempston, Law Office of Thomas D. Mottaz, Anoka, for Relator.

Roger H. Willhaus, Pustorino, Tilton, Parrington & Lindquist, P.L.L.C., Minneapolis, for respondent employer.

Mike Hatch, Attorney General, Rory H. Foley, Assistant Attorney General, St. Paul, for intervenor Minnesota Department of Labor and Industry.

### ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed March 9, 2001, be, and the same is, affirmed without opinion. See Minn.R.Civ.App.P. 136.01, subd. 1(b).

BY THE COURT:

/s/ Joan Ericksen Lancaster
Associate Justice

■

## Orville RUPPERT, Respondent,

v.

## SANDOZ/NORTHRUP KING and Liberty Mutual Insurance Company, Relators,

and

## Special Compensation Fund, Intervenor.

No. C3–01–637.

Supreme Court of Minnesota.

June 27, 2001.

Roger H. Willhaus, Pustorino, Tilton, Parrington and Lindquist, LLP, Minneapolis, for Relator.

Steven J. Drummond, Alexandria, for employee-respondent.

Tad Jude, St. Paul, for Special Compensation Fund.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed March 8, 2001, be, and the same is, affirmed without opinion. See Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:

/s/ Paul H. Anderson
Associate Justice